CHRISTINE BROWER v. ROBERT BROWER.

December 19, 1984.

Petition for certification denied.

BRUNSWICK CORPORATION, A DELAWARE CORPORATION v. THE OLYMPIC BOWL OF BELLEVILLE.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM THOMAS LIGHTNER, JR.

December 19, 1984.

Cross-petition for certification denied.

PHYLLIS HOFFMAN v. FORT LEE RENT LEVELING BOARD, MAYOR AND COUNCIL OF THE BOROUGH OF FORT LEE.

December 19, 1984.

Petition for certification denied.